1038

[No. 41062-1-II.   Division Two.   February 28, 2012.]

NORM BRUNS ET AL., *Appellants*, v. THE WILLIAM M. AND WILHELMA COFER LIVING TRUST, *Respondent*.

*Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 41115-6-II.   Division Two.   February 28, 2012.]

RANDALL INGOLD TRUST, *Respondent*, v. STEPHANIE L. ARMOUR ET AL., *Appellants*.

*Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ.

[No. 41205-5-II.   Division Two.   February 28, 2012.]

MICHAEL D. HENDERSON, *Appellant*, v. GLACIER NORTHWEST, INC., ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 41265-9-II.   Division Two.   February 28, 2012.]

MALICH MOTORS, INC., *Appellant*, v. REGAL MARINE INDUSTRIES, INC., ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Johanson, JJ.